**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

FOSTER TOWNSHIP,

          Respondent

          v.

FARIDA B. RAHMAN,

          Petitioner

: No. 96 MAL 2024
:
:
: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court
:
:
:
:
:

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 8th day of July, 2024, the Petition for Allowance of Appeal is **DENIED**.